# United States Court of Appeals
## for the Fifth Circuit

No. 19-41052
Conference Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

October 20, 2020

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee*,

*versus*

JOSE ALEJANDRO BALTAZAR-BENAVIDES, *also known as* JOSE BENAVIDES,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:17-CR-294-1

Before DENNIS, COSTA, and ENGELHARDT, *Circuit Judges*.

PER CURIAM:*

The Federal Public Defender appointed to represent Jose Alejandro Baltazar-Benavides has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States*

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.

*v. Flores*, 632 F.3d 229 (5th Cir. 2011). Baltazar-Benavides has not filed a response. He has completed the prison sentence imposed on revocation of supervised release, and the district court did not impose an additional term of supervised release upon revocation. Accordingly, there is no case or controversy for this court to address. *See Spencer v. Kemna*, 523 U.S. 1, 7 (1998); *see also United States v. Clark*, 193 F.3d 845, 847-48 (5th Cir. 1999).

The appeal is therefore DISMISSED as moot, and counsel's motion for leave to withdraw is DENIED as unnecessary.